AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Leonard Burden | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 02-CV-440VEB |
| v. | |
| Supt. Gary H. Filion | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition for a writ of habeas corpus pursuant to 28 U.S.C. section 2254 is denied and the petition is dismissed and a certificate of appealability is denied.

Date: March 20th, 2006                                                                RODNEY C. EARLY,
                                                                                                        CLERK

                                                                                        By:    s/Deborah M. Zeeb
                                                                                                    Deputy Clerk